148 A.3d 742

IN THE INTEREST OF A.I.W., A JUVENILE.
(A.I.W.-PETITIONER)

July 26, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000325-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.